Lindsey Morales, NV Bar No. 11519
McCalla Raymer Leibert Pierce, LLP
1635 Village Center Circle, Suite 130
Las Vegas, NV 89134
Telephone: 702-906-0053
Fax: 702-444-3103
Lindsey.Morales@mccalla.com
Attorney for Secured Creditor

Electronically filed on June 27, 2019

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| In re: | Case No. 19-13744 |
| **Suet F Wong** | Chapter: 13 |
| | **NOTICE OF APPEARANCE** |
| Debtor. | |

**TO THE HONORABLE BRUCE T. BEESLEY, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

    Please take notice that Lindsey Morales, Esq., hereby appears on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust ("Secured Creditor") for purposes of the Secured Creditor's participation in the Mortgage Modification Mediation.

    Secured Creditor requests that all further communication on this case related to this purpose be forwarded to Lindsey Morales, Esq.

Dated: 06/27/2019

Respectfully Submitted,

McCalla Raymer Leibert Pierce, LLP

By: *Lindsey Morales*
Lindsey Morales
Attorney for Secured Creditor

NOA

Lindsey Morales, NV Bar No. 11519
McCalla Raymer Leibert Pierce, LLP
1635 Village Center Circle, Suite 130
Las Vegas, NV 89134
Telephone: 702-906-0053
Fax: 702-444-3103
Lindsey.Morales@mccalla.com
Attorney for Secured Creditor

Electronically filed on June 27, 2019

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA, LAS VEGAS DIVISION

| In re: | Case No. 19-13744 |
|---|---|
| **Suet F Wong** | Chapter: 13 |
| | **CERTIFICATE OF SERVICE** |
| Debtor. | |

I, Crystal Trahan, declare:

   1.  I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1635 Village Center Circle, Suite 130, Las Vegas, NV 89134.

   2.  On June 27, 2019, true and correct copies of the foregoing documents described:

- Notice of Appearance

were served by the notice of electronic filing for parties and counsel who are filing users:

*Debtor Attorney*
Nikki L. Dupree-O'brien
nikki@doblawgroup.com

*Trustee*
Kathleen A. Leavitt
courtsecf3@las13.com

*U.S. Trustee*
ustpregion17.lv.ecf@usdoj.gov

NOA

and by causing a true and correct copy thereof to be mailed via United States Mail, first class, postage prepaid, on the following interested parties.

>*Debtor*
>Suet F Wong
>5402 Night Swim Lane
>Las Vegas, Nv 89113

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   06/27/2019                                          By:  *Crystal Trahan*
                                                                  Crystal Trahan

NOA