_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
July 31, 2020

ZBS LAW, LLP
Shadd A. Wade, Esq. (NV Bar 11310)
9435 W. Russell Road, Suite 120
Las Vegas, NV 89148
Tel:    702-948-8565
Fax:    702-446-9898
Email:  nvbankruptcy@zbslaw.com

Attorneys for Secured Creditor, Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-D

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-19-13744-btb |
| SUET F. WONG, | Chapter 13 |
| Debtor. | **ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |
| | **Hearing –** |
| | Date:   July 28, 2020 |
| | Time:   10:00 AM |
| | Place:  Foley Federal Building, Third Floor |
| |         300 Las Vegas Blvd. South |
| |         Las Vegas NV |

  Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-D  ("Secured Creditor") Motion for Relief From Automatic Stay, filed June 16, 2020, came on for hearing on July 28, 2020, before the Honorable Bruce T. Beesley,

appearances as noted.

Good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay is vacated and extinguished as to the property located at **5402 Night Swim Lane, Las Vegas, Nevada 89113**, in favor of Secured Creditor, its successors, transferees and assigns. Secured Creditor may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law.

IT IS FURTHER ORDERED that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

IT IS FURTHER ORDERED that the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3) be waived.

IT IS FURTHER ORDERED that the Trustee set aside and deliver to Secured Creditor all payments received by the Trustee as adequate protection payments or other payments made to satisfy the Note held by the Secured Creditor.

SUBMITTED this 28th day of July, 2020     ZBS LAW, LLP

/s/ *Shadd A. Wade*
Shadd A. Wade, Esq.
Attorney for Secured Creditor

CERTIFICATION OF COUNSEL

In accordance with LR 9021, counsel submitting this document certifies that the Order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1)

_X_ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| Party | Approve | Disapprove | No Response |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form and content of the order.

###